UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOERGEN GEERDS,<br><br>                            Plaintiff,<br><br>- against -<br><br>TREETOP WEALTH MANAGEMENT, LLC<br><br>                            Defendant. | Docket No. 3:19-cv-335<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Joergen Geerds ("Geerds" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant TreeTop Wealth Management, LLC ("TreeTop Wealth" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of Wall Street, owned and registered by Geerds, a New York based professional photographer. Accordingly, Geerds seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in Illinois.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Geerds is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 4301 21 Street, Suite 333, Long Island City, NY 11101.

6. Upon information and belief, TreeTop Wealth is a domestic limited liability company duly organized and existing under the laws of the State of Illinois, with a place of business at Northfield Plaza Suite 106, Northfield, IL 60093. Upon information and belief TreeTop Wealth is registered with the Illinois Department of State Division of Corporations to do business in the State of Illinois. At all times material, hereto, TreeTop Wealth has owned and operated a website at the URL: http://www.treetopwm.com/ (the "Website").

## STATEMENT OF FACTS

**A.  Background and Plaintiff's Ownership of the Photograph**

7. Geerds photographed Wall Street (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Geerds is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with the United States Copyright Office and was given registration number VA0001760441 and titled "Wall Street Frontal 2008." See Exhibit B.

**B.  Defendant's Infringing Activities**

10. TreeTop Wealth created a website that prominently featured the Photograph. A true and correct copy of the of the Photograph as it appears on the Website is attached hereto as Exhibit C.

11. TreeTop Wealth did not license the Photograph from Plaintiff for its Website, nor did TreeTop Wealth have Plaintiff's permission or consent to publish the Photograph on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
**(17 U.S.C. §§ 106, 501)**

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. TreeTop Wealth infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. TreeTop Wealth is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

18.     Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.      That Defendant TreeTop Wealth be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2.      That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3.      That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4.      That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5.      That Plaintiff be awarded pre-judgment interest; and

6.      Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
       March 21, 2019

                                        LIEBOWITZ LAW FIRM, PLLC

                                        By: /s/Richard Liebowitz
                                        Richard P. Liebowitz
                                        11 Sunrise Plaza, Suite 305
                                        Valley Stream, New York 11580

Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Joergen Geerds*