UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOERGEN GEERDS,<br><br>      Plaintiff,<br><br>    v.<br><br>TREETOP WEALTH MANAGEMENT, LLC,<br><br>      Defendant. | Case No. 3:19-cv-00335-JPG-MAB |

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

The parties have filed a consented motion to transfer this case to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a). (ECF No. 11.) The parties agree that the Northern District is the appropriate forum in this matter. For good cause shown, the Court **GRANTS** the motion to transfer (ECF No. 11) and **ORDERS** that this case be **TRANSFERRED** to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a).

**IT IS SO ORDERED.**

**DATED: MAY 16, 2019**

                                                                    <u>s/ *J. Phil Gilbert*</u>
                                                                      **J. PHIL GILBERT**
                                                                      **U.S. DISTRICT JUDGE**